**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01608-CV

**MIKE JABARY, Appellant**

**V.**

**CITY OF ALLEN, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-01635-2012**

## ORDER

We **GRANT** appellee's September 24, 2013 unopposed motion for an extension of time

to file a brief.  Appellee shall file its brief on or before October 16, 2013.


        /s/     DAVID LEWIS
                JUSTICE